In the Matter of the Readjustment, etc., WESTCHESTER TITLE AND TRUST COMPANY Series 38-A, 52-A, 66-A, 72-A, 84-A, 89-A, 96-A, 49-B, 57-B, 58-B, 63-B, 67-B, 71-B, 80-B, 81-B, 97-B, 99-B, 71-C, 72-C, 73-C, 74-C, 79-C, 80-C, 83-C, 84-C, 85-C, 86-C, 88-C, 89-C, 90-C, 92-C, 94-C, 95-C, 97-C, 98-C, 100-C, 1-E, 4-E, 5-E, 7-E, 8-E, 17-E, 20-E, 23-E, 27-E, 33-E, 34-E, 38-E, and LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY Series 4–5296, 2–6769–70, 5–7010, 3–7055, 5–7266 and 3–7730. CHRISTIAN J. KROGH, MICHAEL J. WILLEN, EVA J. GODFREY, CHARLES A. HERMAN, ANNIE J. HERMAN, MARGARET J. BROWN, ISOLINE D. RAY, ANNA C. HALLOCK, METHODIST EPISCOPAL CHURCH HOME; LYDIA G. WELD and EDWARD STETSON GRIFFING, as Trustees under Will of LORETTA B. WELD; ELAINE F. CROSS, ROBERT A. DRENNAN, DOROTHY RATTINGER, IDA MEAD, SPENCER CROLLY, Certificate Holders, Appellants; JOHN P. DOYLE and Others, Successor Trustees, and BLEAKLEY, PLATT & WALKER, Respondents.— Appeal from an order of an official referee, to whom the proceedings were referred, on consent, to hear and determine, denying a motion of certain certificate holders to strike from the order in each proceeding the allowance of ten dollars costs to the attorneys making application for allowances, dismissed, without costs. The order is not appealable for the reasons stated in *Matter of Westchester Title and Trust Co. (post*, p. 1055) decided herewith. We have, however, examined the merits so far as is possible on this record and have concluded that the order was proper. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.